IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH A. THOMPSON,   Plaintiff | § § § | |
| v. | § § § | CIVIL ACTION NUMBER  4:11-CV-03414 |
| DISCOVER BANK, ANH H. REGENT, and REGENT & ASSOCIATES   Defendants | § § § § § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

DEBORAH A. THOMPSON, Plaintiff herein, files this Notice of Dismissal With Prejudice in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. The Plaintiff's Complaint was filed on September 20, 2011.

2. No Defendant has filed either an Answer or a Motion For Summary Judgment.

3. This is not a class action case and there are no issues under Rule 23.

4. No receiver has been appointed and there is no involvement of Rule 66.

5. There is no other federal statute requiring a court order for the dismissal of this case.

6. Plaintiff has not previously dismissed any state or federal court action based on or including the same claim and this dismissal would normally be without prejudice.

7. However, the Plaintiff and Defendants Anh H. Regent and Regent &

Associates have executed a Settlement Agreement and Release which also included resolution of claims against Defendant Discover Bank.

8. Therefore this dismissal is with prejudice as described by the first sentence of Rule 41(a)(1)(B).

>
> Respectfully submitted,
>
> __/s/ Ira D. Joffe_____
> Ira D. Joffe :  State Bar No. 10669900
> Attorney in Charge for Plaintiff
> 15usca@gmail.com   irajoffe@aol.com
> 6750 West Loop South, Suite 920
> Bellaire, TX 77401
> (713) 661-9898
> (888) 335-1060 Fax

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was filed by ECF on or before the 10TH day of November, 2011.

>
> __/s/   Ira Joffe_____
> Ira Joffe